# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIN SCOTT ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01434-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE CONSENT OR DECLINE FORM WITHIN TEN DAYS<br><br>(ECF No. 7) |

Plaintiff Olin Scott Anderson filed this action on September 26, 2016.  On October 20, 2016, Plaintiff filed a consent/decline form.  (ECF No. 7.)  While Plaintiff docketed the entry as consent to the jurisdiction of the magistrate judge, the form is blank.  Accordingly, within ten days from the date of service of this order, Plaintiff shall file a completed consent/decline form.

IT IS SO ORDERED.

Dated:   **November 1, 2016**　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1