# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OLIN SCOTT ANDERSON, | Case No. 1:16-cv-01434-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY. | (ECF No. 14) |
| Defendant. | |

On September 26, 2016, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. On September 29, 2016, the Court issued a scheduling order. (ECF No. 6). The scheduling order states that in the event Defendant does not agree to a remand, within thirty (30) days of service of Defendant's response, Plaintiff shall file an opening brief. (ECF No. 5-1 at ¶ 6.) On May 1, 2017, Defendant filed a certificate of service of her response to Plaintiff's confidential letter brief. (ECF No. 13.)

On June 6, 2017, Plaintiff filed a stipulation to extend the time to file his opening brief twenty-eight (28) days from May 31, 2017, to June 28, 2017. (ECF No. 14.) Based on the stipulation, the time for Plaintiff to file his opening brief will be extended to June 28, 2017. However, it would have been prudent for the parties to have filed the stipulation prior to the deadline as the court had prepared, but not signed, an order to show cause on Plaintiff for failure to timely file. The parties are reminded that any failures to comply with the scheduling order

may result in sanctions pursuant to Local Rule 110.

The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension. If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before June 28, 2017;
2. Defendant's response to Plaintiff's opening brief shall be filed on or before July 28, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before August 14, 2017.

IT IS SO ORDERED.

Dated: __**June 7, 2017**__

UNITED STATES MAGISTRATE JUDGE