# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIN SCOTT ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01434-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A LATE REPLY BRIEF AS MOOT<br><br>(ECF No. 21) |

On July 5, 2017, the Court issued an order regarding the stipulation for an extension of time for Plaintiff to file his opening brief. (ECF No. 17.) In that order, the Court ordered that Plaintiff's reply brief, if any, shall be filed on or before October 10, 2017. (ECF No. 17.) On September 18, 2017, Plaintiff filed a reply brief and an application for leave to file a late brief. (ECF Nos. 21, 22.) Since the Court set October 10, 2017, as the deadline for Plaintiff's reply brief, the September 18, 2017 reply brief is timely. Therefore, Plaintiff's application for leave to file a late reply brief is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **September 19, 2017**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1